**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

**ADAM SWAIN,**

    **Plaintiff,**

v.                                            **Civil Action No. 2:24-cv-264-RBS-DEM**

**EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS INC.;
TRANS UNION LLC; and
PROCOLLECT, INC.**

    **Defendants.**

## NOTICE OF SETTLEMENT

Plaintiff Adam Swain ("Plaintiff"), by counsel, hereby notifies the Court that he has reached a settlement that resolves his claims against Defendant Trans Union LLC ("Trans Union") *only*.

Plaintiff is diligently working with Trans Union to finalize their respective settlement documents. Pending execution of those documents, Plaintiff and Trans Union shall timely file the proper form of dismissal.

                                               Respectfully submitted,

                                               By  /s/ Mark C. Leffler
                                               Mark C. Leffler, VSB #40712
                                               CONSUMER LITIGATION ASSOCIATES, P.C.
                                               763 J Clyde Morris Boulevard, Suite 1A
                                               Newport News, VA 23601
                                               (757) 930-3660 (telephone)
                                               (757) 930-3662 (facsimile)
                                               Email: mark@clalegal.com

2

                                      Drew D. Sarrett, VSB #81658
                                      Emily Connor Kennedy, VSB #83889
                                      CONSUMER LITIGATION ASSOCIATES, P.C.
                                      626 E. Broad Street, Suite 300
                                      Richmond, Virginia 23219
                                      (804) 905-9900 (telephone)
                                      (757) 930-3662 (facsimile)
                                      Email: drew@clalegal.com
                                      Email: emily@clalegal.com

                                      *Counsel for Plaintiff*