# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

ADAM SWAIN,

    Plaintiff,

v.                                                            Case No. 2:24CV264

EQUIFAX INFORMATION
SERVICES, LLC., EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANSUNION, LLC. And
PROCOLLECT, INC.

    Defendants.

## ORDER

The parties herein have reported to the court that this matter is settled against TransUnion, LLC **ONLY**. It is, therefore, **ORDERED** that this case be, and it hereby is, **DISMISSED AGREED** with prejudice against TransUnion, LLC **ONLY**. Jurisdiction in the matter is retained solely for the purpose of enforcing the settlement agreement resulting in dismissal of the action.

The Clerk shall forward copies of this order to all counsel of record.

September____4____, 2024

                                                         /s/
                                                Rebecca Beach Smith
                                                Senior United States District Judge

                                                **Rebecca Beach Smith,**
                                                **UNITED STATES DISTRICT JUDGE**