UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**ADAM SWAIN,**

    **Plaintiff,**

v.                                        Civil Action No. 2:24-cv-264-RBS-DEM

**EQUIFAX INFORMATION SERVICES, LLC;**
**EXPERIAN INFORMATION SOLUTIONS INC.;**
**TRANS UNION LLC; and**
**PROCOLLECT, INC.**

    **Defendants.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Adam Swain and Defendant Equifax Information Services, LLC, by and through their undersigned counsel, hereby stipulate and agree that the above-captioned action is ***dismissed with prejudice*** as to Equifax Information Services, LLC.

Respectfully submitted,

| | |
|---|---|
| By /s/ Mark C. Leffler | By /s/ John W. Montgomery, Jr. |
| Mark C. Leffler, VSB #40712 | John W. Montgomery, Jr. |
| CONSUMER LITIGATION ASSOCIATES, P.C. | Traylor Montgomery & Elliott PC |
| 763 J Clyde Morris Boulevard, Suite 1A | 130 E Wythe St |
| Newport News, VA 23601 | Petersburg, VA 23803 |
| Telephone: (757) 930-3660 | Telephone: (804) 861-1122 |
| Facsimile: (757) 930-3662 | Email: jmontgomery@tmande.com |
| Email: mark@clalegal.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *Equifax Information Services, LLC* |