UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**ADAM SWAIN,**

    **Plaintiff,**

v.                                                     Civil Action No. 2:24-cv-264-RBS-DEM

**EQUIFAX INFORMATION SERVICES, LLC;**
**EXPERIAN INFORMATION SOLUTIONS INC.;**
**TRANS UNION LLC; and**
**PROCOLLECT, INC.**

    **Defendants.**

## JOINT NOTICE OF SETTLEMENT

Plaintiff Adam Swain ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through their respective counsel, hereby notify the Court that Plaintiff has reached a settlement that resolves his claims against Defendant Experian *only*.

Plaintiff is diligently working with Experian to finalize their settlement documents. Pending execution of those documents, Plaintiff and Experian shall timely file the proper form of dismissal.

                                                                 Respectfully submitted,

                                                                 By  /s/ Mark C. Leffler
                                                                  Mark C. Leffler, VSB #40712
                                                                  CONSUMER LITIGATION ASSOCIATES, P.C.
                                                                  763 J Clyde Morris Boulevard, Suite 1A
                                                                  Newport News, VA 23601
                                                                  (757) 930-3660 (telephone)
                                                                  (757) 930-3662 (facsimile)
                                                                  Email: mark@clalegal.com

        Drew D. Sarrett, VSB #81658
Emily Connor Kennedy, VSB #83889
CONSUMER LITIGATION ASSOCIATES, P.C.
626 E. Broad Street, Suite 300
Richmond, Virginia 23219
(804) 905-9900 (telephone)
(757) 930-3662 (facsimile)
Email: drew@clalegal.com
Email: emily@clalegal.com

*Counsel for Plaintiff*


By /s/ David N. Anthony
David N. Anthony, VSB #31696
Troutman Pepper Hamilton Sanders, LLP
1001 Haxall Point
Richmond, VA 23219
Ph. 804-697-5410
Fax.804-697-5118
david.anthony@troutman.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*