# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

ADAM SWAIN,

    Plaintiff,

v.                                                  **Case No. 2:24cv264**

EQUIFAX INFORMATION
SERVICES, LLC., EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANSUNION, LLC. And
PROCOLLECT, INC.

    Defendants.

## ORDER

The parties herein have reported to the court that this matter is settled against Experian Information Solutions, Inc. **ONLY**. It is, therefore, **ORDERED** that this case be, and it hereby is, **DISMISSED AGREED** with prejudice against Experian Information Solutions, Inc. **ONLY**. Jurisdiction in the matter is retained solely for the purpose of enforcing the settlement agreement resulting in dismissal of the action.

The Clerk shall forward copies of this order to all counsel of record.

                                           /s/
                                    Rebecca Beach Smith
                                    Senior United States District Judge

October **23**, 2024

                                    **REBECCA BEACH SMITH**
                                  **UNITED STATES DISTRICT JUDGE**