UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**ADAM SWAIN,**

    **Plaintiff,**

v.                                               Civil Action No. 2:24-cv-264-RBS-DEM

**EQUIFAX INFORMATION SERVICES, LLC;**
**EXPERIAN INFORMATION SOLUTIONS INC.;**
**TRANS UNION LLC; and**
**PROCOLLECT, INC.**

    **Defendants.**

## JOINT NOTICE OF SETTLEMENT

Plaintiff Adam Swain ("Plaintiff") and Defendant ProCollect, Inc. ("ProCollect"), by and through their respective counsel, hereby notify the Court that Plaintiff has reached a settlement that resolves his claims against Defendant ProCollect.

Plaintiff is diligently working with ProCollect to finalize their settlement documents. Pending execution of those documents, Plaintiff and ProCollect shall timely file the proper form of dismissal.

                                                                      Respectfully submitted,

                                                                   By     /s/ Mark C. Leffler
                                                                   Mark C. Leffler, VSB #40712
                                                                   CONSUMER LITIGATION ASSOCIATES, P.C.
                                                                   763 J Clyde Morris Boulevard, Suite 1A
                                                                   Newport News, VA 23601
                                                                   (757) 930-3660 (telephone)
                                                                   (757) 930-3662 (facsimile)
                                                                   Email: mark@clalegal.com

                                                                   Drew D. Sarrett, VSB #81658
                                                                   Emily Connor Kennedy, VSB #83889

CONSUMER LITIGATION ASSOCIATES, P.C.
626 E. Broad Street, Suite 300
Richmond, Virginia 23219
(804) 905-9900 (telephone)
(757) 930-3662 (facsimile)
Email: drew@clalegal.com
Email: emily@clalegal.com

*Counsel for Plaintiff*


By:   /s/ John Bowdich
John Bowdich (pro hac vice)
Bowdich & Associates, PLLC
8150 N. Central Expressway
Ste. 500
Dallas, TX 75206
Telephone: 214-307-9500
Fax: 214-307-5137
Email: jbowdich@bowdichlaw.com

Gregory S. Bean, VSB #80119
GORDON REES SCULLY MANSHUKHANI
5425 Discovery Park Blvd., Suite 200
Williamsburg, VA 23188
Telephone: (757) 903-0872
Fax: (757) 645-7947
Email: gbean@grsm.com

*Counsel for Defendant ProCollect, Inc.*