## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

ADAM SWAIN,

    Plaintiff,

v.                                                                         Case No. 2:24CV264

**EQUIFAX INFORMATION SERVICES, LLC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC. And PROCOLLECT, INC.**

    Defendants.

### ORDER

The parties herein have reported to the court that this matter is settled against Procollect, Inc. **ONLY**. It is, therefore, **ORDERED** that this case be, and it hereby is, **DISMISSED AGREED** with prejudice against Procollect, Inc. **ONLY**. Jurisdiction in the matter is retained solely for the purpose of enforcing the settlement agreement resulting in dismissal of the action.

The Clerk shall forward copies of this order to all counsel of record.

                                                     /s/
                                             Rebecca Beach Smith
                                             Senior United States District Judge

January 15, 2025                           **REBECCA BEACH SMITH**
                                                          **UNITED STATES DISTRICT JUDGE**